UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
THOMAS P. STUPIN,                              :
                                                :
                            Plaintiff,   :
    - against -                              :
                                                :
COMMISSIONER MICHAEL J. ASTRUE,                :
                                                :
                          Defendant.    :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08

08 Civ. 6163 (RMB)

**ORDER OF DISCONTINUANCE**

       The parties having failed to appear for a pre-trial conference scheduled for September 2, 2008, it is hereby

       **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued; provided, however, that the Plaintiff or Defendant may apply, on or before September 16, 2008 (noon), by letter showing good cause why this action should be restored to the calendar of the undersigned.

**SO ORDERED**.

Dated: New York, New York
        September 2, 2008

                                                         _____
                                                           **Richard M. Berman, U.S.D.J.**